UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:
CHRISTOPHER W. GRAY         }         CASE NO. 14-92180-BHL-13
MEGAN C. GRAY               }
      DEBTORS              }

## MOTION TO MODIFY DEBTORS' CHAPTER 13 PLAN AND NOTICE OF OBJECTION DEADLINE

Come now the above-captioned Debtors by Counsel, and files his Motion to Modify Debtors' Chapter 13 Plan. In support of this Motion, Counsel for the Debtors state as follows:

1. Counsel for the Debtors received a Motion to Dismiss from the Chapter 13 Trustee which stated that the Debtors' plan was not feasible based upon a claim filed by Cavalry SPV I, LLC.

2. The Debtors propose to include a secured claim held by Cavalry SPV I, LLC in the amount of $6,075.00 plus 3.25% interest for a 2014 Yamaha Grizzly.

3. The Debtors propose to extend their plan from 36 months to 60 months.

WHEREFORE, the Debtors, by Counsel, request the Court to modify their plan by increasing their payments from $100.00 per month to $235.61 per month commencing in July, 2015.

Dated this 30th day of June, 2015.

KOEHLER LAW OFFICE

By: /s/William P. Harbison
    Lloyd E. Koehler
    Attorney No. 15669-98
    William P. Harbison
    Attorney No. 27139-53
    400 Pearl St., Suite 200
    New Albany, Indiana 47150
    Telephone: (812)949-2211
    Fax: (812)941-3907
    E-mail: lloydkoehler@hotmail.com

/s/Christopher W. Gray
CHRISTOPHER W. GRAY

/s/Megan C. Gray
MEGAN C. GRAY

**NOTICE IS GIVEN THAT** any Objection must be filed with the Bankruptcy Clerk within **21 days** from the date of service [or such other time period as may be permitted by Fed.R.Bankr.P.9006(f)]. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

U.S. Bankruptcy Court
110 U.S. Courthouse
121 W. Spring Street
New Albany, Indiana 47150

The objecting party must ensure delivery of the objection to the party filing the motion, (the Trustee – if not the movant or the objector) (and the Debtor – if not the movant or the objector). **If an objection is NOT timely filed, the requested relief may be granted.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 30th day of June, 2015 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Joseph M. Black, Jr., Chapter 13 Trustee: **jmbecf@trustee13.com**
U.S. Trustee: **ustpregion10.in.ecf@usdoj.gov**

I further certify that a true copy of the foregoing Motion to Modify was sent via U.S. Mail this 30th day of June, 2015 to all parties attached hereto:

/s/William P. Harbison
WILLIAM P. HARBISON

```
Label Matrix for local noticing          American InfoSource LP as agent for      American InfoSource LP as agent for
0756-4                                   DIRECTV, LLC                             Norton Healthcare
Case 14-92180-BHL-13                     PO Box 51178                             PO Box 248838
Southern District of Indiana             Los Angeles, CA  90051-5478              Oklahoma City, OK  73124-8838
New Albany
Tue Jun 30 11:22:38 EDT 2015

American InfoSource LP as agent for      Atlas Acquisitions LLC                   Attorney General of the United States
Verizon                                  on behalf of Oliphant Financial, LLC     U.S. Department of Justice
PO Box 248838                            294 Union St.                            950 Pennsylvania Ave NW
Oklahoma City, OK  73124-8838            Hackensack, NJ 07601-4303                Washington, DC 20530-0001


(p)BB AND T                              Joseph M. Black Jr.                      COLL ASSOC
PO BOX 1847                              Office of Joseph M. Black, Jr.           1312 W WESTRIDGE B
WILSON NC 27894-1847                     PO Box 846                               POB349
                                         Seymour, IN 47274-0846                   GREENSBURG, IN 47240


CRDT CLEARHA                             Cavalry Spv I, LLC - Assignee of Capital One    Clark Circuit Court I
305 W MARKET ST                          Bass & Associates, P.C.                  501 E Court Ave. #137
POB 1209                                 3936 E Ft Lowell Rd Suite 200            Jeffersonville, IN 47130-4029
LOUISVILLE, KY 40201-1209                Tucson, AZ 85712-1083


FRSTSRCE ADV                             Floyd Memorial Hospital                  GLA COLLECT
1232 W STATE ROAD                        1850 State Street                        PO BOX 991199
LA PORTE, IN 46350                       New Albany, IN 47150-4997                LOUISVILLE, KY 40269-1199


Christopher W Gray                       Megan C Gray                             HELVEY ASSOC
9287 Sandy Branch Rd. SE                 9287 Sandy Branch Rd. SE                 1015 E CENTER ST
Elizabeth, IN 47117-8220                 Elizabeth, IN 47117-8220                 WARSAW, IN 46580-3420


Hollingsworgh & Zivitz                   In Receivables Inc Assignee of Leroy's   Koehler Law Office
11555 N. Meridian St. #530               C/O William R. Richards P.C.             400 Pearl St, Ste 200
Carmel, IN 46032-6946                    5120 Commerce Circle #B                  New Albany, IN 47150-3451
                                         Indianapolis, IN 46237-9717


Lloyd E Koehler5                         MED-1 SOL                                NCO FIN
400 Pearl Street Ste 200                 6239 S EAST ST                           POB 4935
New Albany, IN 47150-3451                SUITE F                                  TRENTON, NJ 08650-4935
                                         INDIANAPOLIS, IN 46227-2088


PNC BANK NA                              PNC BANK, N.A.                           PNC Bank
PO BOX 3180                              PO BOX 94982                             2659 Charlestown Rd
PITTSBURGH, PA 15230-3180                CLEVELAND, OHIO 44101-4982               New Albany, IN 47150-2534


U.S. Attorney's Office                   U.S. Trustee                             Verizon
10 W Market St Ste 2100                  Office of U.S. Trustee                   P.O. Box 26055
Indianapolis, IN 46204-1986              101 W. Ohio St.. Ste. 1000               Minneapolis, MN 55426-0055
                                         Indianapolis, IN 46204-1982
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BB&T
PO BOX 1847
WILSON, NC 27894

End of Label Matrix
Mailable recipients    29
Bypassed recipients     0
Total                  29